UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT ALAN KLINE,

    Plaintiff,

v.                                      Case No. 3:21cv1006-LC-HTC

WARDEN C. MAIORANA,
 DR. M. MONSALUD and
 LIEUTENANT MARTIN,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on February 8, 2022 (ECF No. 28). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 28) is adopted and incorporated by reference in this order.

Case No. 3:21cv1006-LC-HTC

2. Warden Maiorana's Motion to Dismiss (ECF No. 12) is GRANTED.

3. The claims against Warden Maiorana are DISMISSED WITH PREJUDICE for failure to state a claim.

4. No judgment is entered at this time and the matter is remanded to the Magistrate Judge for further proceedings regarding the remaining defendants.

**DONE AND ORDERED** this 31st day March of 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**