UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT ALAN KLINE,

    Plaintiff,

v.                                            Case No. 3:21cv1006-LC-HTC

WARDEN C. MAIORANA,
DR. CHO M. MONSALUD,
LT. MARTIN,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on May 13, 2022 (ECF No. 38), recommending that Lt. Martin's motion to dismiss be GRANTED, Dr. Monsalud's motion to dismiss be DENIED, and the case referred back to the magistrate judge for further proceedings against Dr. Monsalud.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv1006-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 38) is adopted and incorporated by reference in this order.

2. Defendant Martin's motion to dismiss (ECF Doc. 31) is GRANTED, and this case is DISMISSED WITH PREJUDICE as to Lt. Martin.

3. Defendant Monsalud's motion to dismiss (ECF Doc. 33) is DENIED.

4. The clerk of court shall NOT enter any judgment at this time and is directed to refer the matter back to the magistrate judge for further proceedings as to Dr. Monsalud.

**DONE AND ORDERED** this 11th day of July, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**