UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT ALAN KLINE,

    Plaintiff,

v.                                 Case No. 3:21cv1006-LC-HTC

DR. M. MONSALUD,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 19, 2023 (ECF No. 111). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the objected-to portions, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 111) is adopted and incorporated by reference in this order.

2. The Defendants' Motion for Summary Judgment, ECF Doc. 104, is GRANTED.

3. The Clerk is directed to enter final judgment on all claims in favor of Defendant Monsalud.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of August, 2023.

                *s/L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**